USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ __ 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   - v. -                         :      **INFORMATION**

LAMAR COX,                        :      12 Cr.

           Defendant.         :      12 CRIM 485

- - - - - - - - - - - - - - - - x



## COUNT ONE

The United States Attorney charges:

1. On or about September 30, 2008, in the Southern District of New York and elsewhere, LAMAR COX, the defendant, did willfully and knowingly take and carry away, with intent to steal and purloin, property and money and a thing of value exceeding $1,000 belonging to and in the care, custody, control, management and possession of a bank, and in so doing put in jeopardy the life of a person by the use of a dangerous weapon, to wit, COX stole approximately $330,000 from an M&T bank and in so doing possessed a firearm.

(Title 18, United States Code, Sections 2113(b) and (d).)

## COUNT TWO

The United States Attorney further charges:

2. On or about September 30, 2008, in the Southern District of New York and elsewhere, LAMAR COX, the defendant, and others known and unknown, willfully and knowingly, did transport, transmit, and transfer in interstate and foreign commerce goods,

wares, merchandise, securities and money, of the value of $5,000 and more, knowing the same to have been stolen, converted and taken by fraud, to wit, COX and others stole approximately $330,000 and a firearm at an M&T Bank, located at 397 1st Avenue, New York, New York 10010, and helped to transport that stolen money and firearm from New York to New Jersey.

(Title 18, United States Code, Sections 2314 and 2.)

### COUNT THREE

The United States Attorney further charges:

3. On or about September 30, 2008, in the Southern District of New York and elsewhere, LAMAR COX, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit, a Smith & Wesson .357 caliber revolver, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g).)

### FORFEITURE ALLEGATION

4. As the result of committing the offense alleged in Count One of this Information, LAMAR COX, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real and personal, constituting or derived from proceeds traceable to the offenses, including but not limited to at least $330,000 in United States currency, in

that such sum in aggregate is property representing the amount of proceeds obtained as a result of the offenses charged in Count One of this Information

### Substitute Asset Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (1) cannot be located upon the exercise of due diligence;

   (2) has been transferred or sold to, or deposited with, a third person;

   (3) has been placed beyond the jurisdiction of the Court;

   (4) has been substantially diminished in value; or

   (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981; and

Title 28, United States Code, Section 2461.)

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LAMAR COX,

                    Defendant.

### INFORMATION

12 Cr.

(18 U.S.C. §§ 2113, 2314, 922(g), 922(j); 981;
28 U.S.C. § 2461.)

                    PREET BHARARA
              United States Attorney

6/21/2012 *Waiver of Indictment Filed.*
*Cote, U.S. District Judge*